UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CORA NESBIT, AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF MICHAEL A. BURNS,

  Plaintiff,

vs.

MECIT Z. DAYI and UZ AUTO TRANS LLC,
  Defendants.
_____/

CASE NO.:  6:21-CV-389-JA-LRH

**DEFENDANTS' DISCLOSURE STATEMENT**

I HEREBY DISCLOSE the following pursuant to this Court's Initial Order:

1. The name of each person, lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate member, and any other entity that has or might have an interest in the outcome of this action:

| Name | Address |
| --- | --- |
| Personal Representative of the Estate of Michael Andrew Burns – Cora Nesbit | 8182 Newport Road<br>Jacksonville, Florida 32244<br>(Duval County) |
| Attorneys for the Plaintiff<br>Morgan and Morgan – Lawrence Gonzalez, II, Esq. | 20 North Orange Avenue<br>Suite 1600<br>Orlando, Florida 32801-4624 |
| Defendant – UZ Auto Trans, LLC | 5146 Hartwell Lane<br>Brunswick, Ohio 44212 |
| Owner of the Defendant UZ Auto Trans, LLC – Ikrom Aminov | 799 North Court Street<br>Medina, Ohio 44256 |
| Defendant Driver – Mecit Ziya Dayi | 129 Oak Wood Drive<br>Whitehall, Pennsylvania 18052 |
| Liability Carrier for the Defendant – National Indemnity Company | 1314 Douglas Street, Suite 1400<br>Omaha, NE 68102-1944 |
| Attorneys for Defendants –<br>E.T. Fernandez, III, Esquire<br>John Moffitt Howell, Esquire<br>Miriam Sumpter-Richard, Esquire | Fernandez Trial Lawyers, P.A.<br>8780-200 Perimeter Park Ct.<br>Jacksonville, FL 32216 |

2. The name of each other entity whose publicly traded shares or debt may potentially be affected by the outcome of the proceedings:

None, other than the above.

3. The name of each other entity likely to actively participate in the proceedings, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None, other than the above.

4. Each person arguably eligible for restitution:

The Estate of Michael Andrew Burns.

5. Check one of the following:

  X   a. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.
-or-
_____ b. I certify that I am aware of a conflict or basis of recusal of the district judge or magistrate judge as follows: (explain)

*(Certificate of Service on following page)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to **LAWRENCE GONZALEZ, II, ESQUIRE,** of Morgan & Morgan, 20 North Orange Avenue, 16th Floor, P.O. Box 4979, Orlando, Florida 32802-4979, LGonzalez@forthepeople.com, SSerrano@forthepeople.com, TSugrim@forthepeople.com, and MCalixto@forthepeople.com, via Electronic Mail this 24th day of March, 2021.

**FERNANDEZ TRIAL LAWYERS, P.A.**

*/s/ John Moffitt Howell*
**E.T. FERNANDEZ, III, ESQUIRE**
Florida Bar No.: 371556
ET@FernandezTL.com
**JOHN MOFFITT HOWELL, ESQUIRE**
Florida Bar No.: 243027
JHowell@Fernandeztl.com
**MIRIAM V. SUMPTER-RICHARD, ESQUIRE**
Florida Bar No.: 0656811
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
Phone: (904) 398-8008

3