UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CORA NESBIT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL A. BURNS,**

**CASE NO: 6:21-cv-389-JA-LRH**

      **Plaintiff,**

vs.

**MECIT Z. DAYI and UZ AUTO TRANS LLC, DAIMLER TRUCKS NORTH AMERICA, LLC, DETROIT DIESEL CORPORATION, and CONTINENTAL MOTORS CORPORATION,**

      **Defendants.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME(S) NOW the Plaintiff, CORA NESBIT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL A. BURNS, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure 41(a), and hereby file(s) this notice of voluntary dismissal of the above-styled cause without prejudice as to Defendant, CONTINENTAL MOTORS CORPORATION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 9, 2021**, that a true and correct copy of the foregoing has been filed on June 22, 2021 using CM/ECF to: John Moffitt Howell, Esquire, Miriam V. Sumpter-Richard, Esquire, Fernandez Trial Lawyers, P.A., 8780-200 Perimeter Park Court, Jacksonville, FL 32216 [Pleadings@Fernandeztl.com; JHowell@Fernandeztl.com; MSumpter-Richard@Fernandeztl.com; KLang-Thorbs@Fernandeztl.com] Attorneys for Mecit Z. Dayi and UZ Auto Trans LLC; Robert M. Fulton, Esquire, Nicole Walsh, Esquire, Hill Ward Henderson, 3700 Bank of America Plaza, 101 East Kennedy Boulevard, Tampa, FL 33602 [Bob.fulton@hwhlaw.com; Nicole.walsh@hwhlaw.com; Susan.phillipp@hwhlaw.com; Anna.mukhova@hwhlaw.com] Attorneys for Defendants Daimler Trucks North America, LLC & Detroit Diesel Corporation.

    */s/Lawrence Gonzalez II*
    **Lawrence Gonzalez II, Esquire**
    FBN 0107175
    **Morgan & Morgan, P.A.**
    20 N. Orange Ave., 16th Floor
    P.O. Box 4979
    Orlando, FL 32802-4979
    Telephone:  (407) 418-2076
    Facsimile:   (407) 572-0110
    Primary email:
    LGonzalez@forthepeople.com
    Secondary email:
    SSerrano@forthepeople.com
    TSugrim@forthepeople.com

Attorneys for Plaintiff

Attorneys for Plaintiff